UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH MAXON AND HIS WIFE, JESSIE J. MAXON | * CIVIL ACTION<br>* NO.: 08-4174<br>* |
| VERSUS | * JUDGE BARBIER<br>* |
| VASILE CATALIN CASVAN, MIHAI DORU POP, PSS EXPRESS AND CHEROKEE INSURANCE COMPANY | * MAGISTRATE KNOWLES<br>*<br>* JURY TRIAL |

*****************************************************************

## ORDER

IT IS ORDERED that the above-entitled and numbered cause be and the same is hereby dismissed, with full prejudice, all parties to bear their own costs.

New Orleans, Louisiana, this __24th__ day of _____September_____, 2009.

_____
United States District Judge